# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

In re:

    Mark Thomas Bauer, Sr.                 Case No.: 11-51293-RBC
    Patricia Ann Bauer                       Chapter 13

                Debtor(s)

## ORDER ON MOTION BY DEBTOR PATRICIA ANN BAUER TO BIFURCATE THE CHAPTER 13 CASE

UPON CONSIDERATION of the Motion before the Court filed by counsel for one of the joint Debtors in this case, PATRICIA ANN BAUER, to deconsolidate, bifurcate and sever her case so that she may convert her portion of the case to a Chapter 7 without disturbing the Chapter 13 case and discharge of her husband, Mark Thomas Bauer, Sr.; upon the careful review of the representation therein, the Court does hereby

ORDER, ADJUDGE AND DECREE that the case of PATRICIA ANN BAUER be, and hereby is, deconsolidated, bifurcated and severed. The above-captioned case number shall be maintained for the case of MARK THOMAS BAUER, SR., and a new case number shall be assigned to the case of PATRICIA ANN BAUER.

Debtors' counsel is directed to mail a copy of this Order to all parties entitled to notice of the same.

Dated: July 25, 2014

                                                      /s/ Rebecca B Connelly
                                                      United States Bankruptcy Judge

We ask for this:

/s/ John C. Morgan
John C. Morgan, Jr., VSB # 30148
James M. McMinn, VSB # 84728
JOHN CARTER MORGAN, JR., PLLC
98 Alexandria Pike, Suite 10
Warrenton, VA 20186
(540)349-3232 (FAX)349-1278
*Counsel for the Debtors*

Seen and Agreed:

/s/ Herbert L. Beskin
Herbert L. Beskin
Chapter 13 Trustee

Seen and Agreed:

/s/  Mark Thomas Bauer, Sr.

/s/ Patricia Ann Bauer

2